NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INTELLECTUAL VENTURES II LLC,**
*Plaintiff-Appellant*

**v.**

**JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, CHASE BANK USA, NATIONAL ASSOCIATION, CHASE PAYMENTECH SOLUTIONS, LLC, PAYMENTECH LLC**
*Defendants-Appellees*

_____

2017-2429

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-03777-AKH, Judge Alvin K. Hellerstein.

-----------------------------------------------------

**INTELLECTUAL VENTURES I LLC,**
*Plaintiff*

**INTELLECTUAL VENTURES II LLC,**
*Plaintiff-Appellant*

**v.**

**CITIGROUP, INC., CITICORP, CITIBANK, N.A.,**
*Defendants-Appellees*

————————————

2018-1024

————————————

Appeal from the United States District Court for the Southern District of New York in No. 1:14-cv-04638-AKH, Judge Alvin K. Hellerstein.

————————————

**JUDGMENT**

————————————

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by ALEX H. CHAN, SAMANTHA A. JAMESON, STEFANI SMITH.

BRENT P. RAY, Kirkland & Ellis LLP, Chicago, IL, argued for defendants-appellees. Also represented by RYAN M. HUBBARD, BRIAN VERBUS; KENNETH R. ADAMO, New York, NY; JOHN C. O'QUINN, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 17, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |